IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN LANGLEY,** | 3:10-CV-01374-BR |
|       **Plaintiff,** | **JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
|       **Defendant.** | |

    Based on the Court's Opinion and Order (# 16 ) issued November 14, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 14th day of November, 2011.

                                              /s/ Anna J. Brown

                                              ANNA J. BROWN<br>                                              United States District Judge

1 - JUDGMENT