IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN LANGLEY,** | 3:10-CV-01374-BR |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| **Defendant.** | |

Based on the Court's Opinion and Order (# 16 ) issued November 14, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 14th day of November, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT